UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-00121(01)RM |
| | ) | |
| RICO TORIANO KIMBROUGH | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on April 27, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 31], ACCEPTS defendant Rico Kimbrough's pleas of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 18 U.S.C. §§ 2113(d), 2, and 924(c).

SO ORDERED.

ENTERED:   May 15, 2009

　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　United States District Court